PAHL & McCAY
A Professional Law Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
Email: spahl@pahl-mccay.com

Attorneys for Plaintiff
CALIFORNIA APARTMENT ASSOCIATION
A California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC., a California Corporation,<br><br>Defendant. | CASE NO. SACV11-1749-CJC(ANx)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT, CONTRIBUTOR COPYRIGHT INFRINGEMENT, VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>JURY TRIAL |

Comes now Plaintiff CALIFORNIA APARTMENT ASSOCIATION, a California Corporation ("CAA"), and complains of Defendant ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC. ("AAOC") and alleges as follows:

1. At all times relevant herein, CAA was, and is, a corporation authorized to do business within the State of California, with its principal place of business in the County of Sacramento. CAA is an association of owners and managers of rental property located throughout California and vendors who service them. CAA's members own or manage nearly two million rental units in the State of California. A benefit that CAA provides to its members is the ability to access and utilize, through its website, a wide range of detailed, informative, and instructive forms drafted and generated by CAA.

2. CAA is informed and believes and thereon alleges that at all times relevant herein, Defendant AAOC was, and is, a California corporation, doing business in the City of

---

COMPLANT                           1                           (CASE NO. )

Garden Grove, County of Orange, State of California, under and by virtue of the laws of California.

3. This Court has subject matter jurisdiction over CAA's claims for copyright infringement and related claims pursuant to 17 U.S.C. §101, et. seq., and 28 U.S.C. §1331 and §1338(a).

4. This Court has personal jurisdiction over AAOC, a California Corporation, which solicits, transacts, and does business in this District. CAA's claims arise out of conduct that gives rise to personal jurisdiction over AAOC.

5. Venue is proper in the Central District of California pursuant to 28 U.S.C. §1400 in that CAA is informed and believes that AAOC is a resident of this District.

### FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

6. CAA re-alleges and incorporates into this Claim for Relief each and every foregoing paragraph of this Complaint as though fully set forth herein.

7. CAA is the original author and owner of particular literary work, to wit, detailed instructive and informative forms drafted specifically with its rental housing industry members in mind, (hereinafter referred to as "CAA's Forms" or the "Forms"). These Forms are modified and updated from time to time by CAA's Compliance Committee and staff to keep up with the changing needs of the rental industry and changes in California Law.

8. CAA is the owner of a valid copyright over these Forms. While non-members can obtain the Forms from CAA by paying a non-member price, CAA's members and affiliates have the exclusive privilege to access the Forms through CAA's secured website. Each of the Forms that are known to have been infringed has either been duly registered with the United States Copyright Office or has an application for registration pending with the United States Copyright Office. Each of these Forms was initially published by CAA between 1980 and 2011 in compliance with the copyright laws, has been updated from time to time, and CAA has remained the sole owner of the copyright because the updated forms have also been duly copyrighted or

PAHL & McCAY
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100
2341-027
00230897.docx

COMPLAINT　　　　　　　　　　　2　　　　　　　　　　　(CASE NO.)

have applications for copyright registration pending.

9. Prior to October 8, 1997, AAOC was a Charter Member of CAA by virtue of which AAOC was given the privilege of accessing and utilizing these detailed, instructive and informational Forms owned and authored by CAA. At the time that AAOC was a Charter Member of CAA, AAOC also had the ability and opportunity to copy, duplicate, and publish the Forms. On or about October 8, 1997, CAA withdrew its Charter from AAOC. As a result of the withdrawal of the Charter, AAOC no longer had the privilege or right to duplicate, reproduce, publish or distribute the Forms.

10. Plaintiff has recently discovered in the course of discovery on another matter, and is informed and believes and thereon alleges, that despite the fact that it is no longer affiliated to CAA, AAOC has, without CAA's knowledge, permission, or consent, violated CAA's exclusive rights to its forms by substantially copying and adopting the constituted elements of CAA's original work and by publishing, reproducing, and distributing CAA's Forms to AAOC's members.

11. Despite CAA's written notification of the infringement and demand that AAOC cease and desist from the use of the copyrighted CAA forms, CAA is informed and believes that AAOC continues to utilize, publish, reproduce, and distribute such forms by recreating these forms under its own name in violation of the copyright, and further has engaged in unfair trade practices and unfair competition in connection with its publication, distribution, use and sale of the infringing forms, thus causing irreparable damage.

12. AAOC knew that its acts constituted copyright infringement.

13. AAOC's conduct was willful within the meaning of the Copyright Act.

14. As a result of its wrongful conduct, AAOC is liable to CAA for copyright infringement pursuant to 17 U.S.C. 501. CAA has suffered and will continue to suffer, substantial losses and irreparable harm, including but not limited to damage to its business reputation and goodwill.

15. CAA is entitled to recover damages, which include its losses and any and all

PAHL & McCAY
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100
2341-027
00230897.docx

COMPLAINT 3 (CASE NO. )

profits AAOC has made as a result of its wrongful conduct pursuant to 17 U.S.C. §504.

16. WHEREFORE, CAA prays for judgment against AAOC as set forth in the Prayer for Relief below.

## SECOND CLAIM FOR RELIEF

### (Contributory Copyright Infringement)

17. CAA re-alleges and incorporates into this Claim for relief each and every foregoing paragraph as though fully set forth herein.

18. Numerous individuals and entities directly infringed CAA's copyrighted works.

19. AAOC induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing and assisting others to reproduce and distribute CAA's works.

20. AAOC had knowledge of the infringing acts relating to CAA's copyrighted works.

21. The acts and conduct of AAOC, as alleged above in this Complaint, constitute contributory copyright infringement.

22. WHEREFORE, CAA prays for judgment against AAOC as set forth in the Prayer for Relief below.

## THIRD CLAIM FOR RELIEF

### (Vicarious Copyright Infringement)

23. CAA re-alleges and incorporates into this Claim for Relief each and every foregoing paragraph as though fully set forth herein.

24. Numerous individuals and entities directly infringed CAA's copyrighted works.

25. AAOC had the right and ability to control the infringing acts of the individuals or entities who directly infringed CAA's works.

26. CAA is informed and believes and thereon alleges that AAOC obtained a direct financial benefit from the infringing activities of the individuals or entities who directly infringed CAA's works.

27. The acts and conduct of AAOC, as alleged above in this Complaint, constitute vicarious copyright infringement.

PAHL & McCAY
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100
2341-027
00230897.docx

1     28.     WHEREFORE, CAA prays for judgment against AAOC as set forth in the Prayer for Relief below.

## CORPORATE DISCLOSURE STATEMENT

[Federal Rule of Civil Procedure 7.1]

Plaintiff California Apartment Association does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff CALIFORNIA APARTMENT ASSOCIATION prays for judgment against Defendant ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC. as follows:

First, Second and Third Claims for Relief:

1. For judgment against Defendant AAOC that it has:

    a. willfully infringed CAA's rights in its copyrighted works under 17 U.S.C. §501;

    b. otherwise injured the business reputation and business of CAA by their acts and conduct as set forth in this Complaint.

2. For injunctive relief against Defendant AAOC that AAOC, its agents, representatives, members, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, be enjoined and restrained from using, copying, reproducing, publishing, posting or making any other infringing use or infringing distribution of the forms owned, authored, and published by CAA;

3. For an order of impoundment pursuant to 17 U.S.C. §§503 and 509(a) impounding all infringing copies of CAA's forms, whether reproduced and maintained by AAOC under its own name or otherwise, which are in AAOC's possession or under its control;

4. For an Order that AAOC pay CAA's general, special, actual and statutory damages and AAOC's profits pursuant to 17 U.S.C. §504(b);

5. For attorney's fees and costs incurred by CAA in this Action pursuant to 17 U.S.C. §505.

PAHL & McCAY
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100
2341-027
00230897.docx

1. 6. For such other relief as the Court deems just and proper.

2. DATED: November 8, 2011

PAHL & McCAY
A Professional Law Corporation

By: _____
Stephen D. Pahl

Attorneys for Plaintiff
CALIFORNIA APARTMENT ASSOCIATION

PAHL & McCAY
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100
2341-027
00230897.docx

COMPLAINT

6

(CASE NO. )