**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
700 SOUTH FLOWER STREET, 22nd FLOOR
LOS ANGELES, CALIFORNIA 90017-4209
TELEPHONE (213) 381-2861
FACSIMILE (213) 383-6370

(SPACE BELOW FOR FILING STAMP ONLY)

**KEITH G. WILEMAN, State Bar No. 111225**
kwileman@veatchfirm.com
Attorneys for Defendant,
**ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC.**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA APARTMENT ASSOCIATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC., a California Corporation,<br><br>Defendant. | CASE NO.: SACV11-1749-CJC(ANX)<br><br>District Judge:   Cormac J. Carney<br>Magistrate Judge: Arthur Nakazato<br><br>**RULE 26(a)(1) DISCLOSURES OF DEFENDANT ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC.**<br><br>COMPLAINT FILED: November 14, 2011<br>TRIAL DATE: None Set |

Defendant, ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC. ("OCAA") respectfully submits the following initial disclosures pursuant to Rule 26(a)(1), *Fed. R. Civ. Proc.* without prejudice to such amendment and expansion as may be warranted by further investigation, discovery, legal research, and the formulation of contentions pursuant to, *inter alia*, Rule 26(e).

**WITNESSES**

1. Ray Maggi, who is to be contacted through defense counsel only. Mr. Maggi is a member of OCAA and has information regarding the claims set forth in the Complaint, and OCAA's Answer and Affirmative Defenses.

2. Stephen C. Duringer, who is to be contacted through defense counsel only. Mr. Duringer is a member of OCAA and has information regarding the claims set forth in the Complaint, and OCAA's Answer and Affirmative Defenses.

3. Valerie D. Teeter, who is to be contacted through defense counsel only. Ms. Teeter is an officer of OCAA and has information regarding the claims set forth in the Complaint, and OCAA's Answer and Affirmative Defenses.

4. Designated members and/or corporate representatives of OCAA. OCAA expects to designate one or more of its members and/or its corporate representatives to testify regarding the following topics:

   (A) Creation and development of the accused forms;
   (B) Use, sales and distribution of the accused forms; and
   (C) Relationship between the parties.

5. Designated members and/or corporate representatives of Plaintiff. OCAA expects that it will call one or more members and/or corporate representatives of Plaintiff to testify regarding the following topics:

   (A) Information regarding the asserted copyrights;
   (B) Creation and development of Plaintiff's forms;
   (C) Use, sales and distribution of Plaintiff's forms; and
   (D) Relationship between the parties.

**DOCUMENTS**

OCAA is presently aware of the following categories of documents that may be used to support its claims or defenses:

1. Documents relating to creation and development of OCAA's forms;
2. Documents relating to use, sales and distribution of OCAA's forms;
3. Documents relating to relationship between the parties; and
4. Documents relating to other litigation concerning Plaintiff's forms.

///

**DAMAGES**

OCAA does not presently seek damages at this time other than its attorney's fees and costs incurred in defending this action.

**INSURANCE**

OCAA is insured by Farmers Insurance Group. A copy of the relevant policy will be produced by e-mail due to its length.

DATED: March 12, 2012

Respectfully submitted,

VEATCH CARLSON, LLP

By: _/s/ Keith G. Wileman_

KEITH G. WILEMAN
Attorneys for Defendant,
ORANGE COUNTY APARTMENT HOUSE ASSOCIATION, INC.

**CERTIFICATE OF SERVICE**

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Central District of California.

On March 12, 2011, I electronically filed the foregoing **RULE 26(A)(1) INITIAL DISCLOSURES OF OCAA** with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action is registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Certificate of Service was executed this 12th day March, 2012 at Los Angeles, California.

_____
Keith G. Wileman